**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jose Alvaro AGUILERA-MENDO-ZA, a.k.a. Jose Alvarado Aguilera-Mendoza, Defendant-Appellant.**

**No. 16-10279**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Brian G. Larson, Assistant U.S. Attorney, Rachel Cristina Hernandez, Assistant U.S. Attorney, Krissa Marie Lanham, USPX—Office of the US Attorney, Two Renaissance Square, Phoenix, AZ, for Plaintiff-Appellee

Jose Alvaro Aguilera-Mendoza, Pro Se

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jose Alvaro Aguilera-Mendoza appeals from the district court's order denying his

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

18 U.S.C. § 3582(c)(2) motion for a sentence reduction. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aguilera-Mendoza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Aguilera-Mendoza the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**. Aguilera-Mendoza's pro se motion for appointment of new counsel is **DENIED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.